## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| GRETA L. BLACK, KIMBERLY CORNETT, LINDA D. HILL, CAROL PANICK, JERREN SCRUGGS and HAROLD MARK SHELTON, </br></br>  Plaintiffs, </br></br> v. </br></br> AWP, INC. d/b/a AREA WIDE PROTECTIVE, INC., U. S. TRAFFIC TECHNOLOGIES, INC. and BLUE POINT CAPITAL PARTNERS, LLC </br></br>  Defendants. | Civil Action No.: </br> 1:11-CV-2263-CAP-AJB |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the Parties in the above styled matter, by and through their respective undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims in the instant action with prejudice and with each party to bear their own attorney's fees, costs and expenses.

Pursuant to N.D. Ga. Local Rules 5.1 and 7.1(D), the Parties hereby certify that this document is submitted in Times New Roman 14 point type.

Respectfully submitted, this 15th day of February, 2012.

| **COHAN LAW GROUP, LLC** | **CONSTANGY, BROOKS & SMITH, LLP** |
|---|---|
| s/ Louis R. Cohan | s/ Glen R. Fagan |
| LOUIS R. COHAN | GLEN R. FAGAN |
| Georgia Bar No.: 173357 | Georgia Bar No.: 253944 |
| RYAN L. RAY | TIMOTHY R. NEWTON |
| Georgia Bar No.: 561765 | Georgia Bar No.: 542200 |
| 3340 Peachtree Road | 230 Peachtree Street, N.E. |
| Suite 580 | Suite 2400 |
| Atlanta, GA 30326 | Atlanta, GA 30303 |
| (404) 891-1770 (tel) | (404) 525-8622 (tel) |
| (404) 513-3711 (fax) | (404) 525-6955 (fax) |
| lcohan@cohanlawgroup.com | gfagan@constangy.com |
| rray@cohanlawgroup.com | tnewton@constangy.com |
| **Counsel For Plaintiffs** | **Counsel for Defendants** |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GRETA L. BLACK, KIMBERLY CORNETT, LINDA D. HILL, CAROL PANICK, JERREN SCRUGGS and HAROLD MARK SHELTON, ) ) ) ) ) | |
| Plaintiffs, ) ) | Civil Action No.: 1:11-CV-2263-CAP-AJB |
| v. ) ) | |
| AWP, INC. d/b/a AREA WIDE PROTECTIVE, INC., U. S. TRAFFIC TECHNOLOGIES, INC. and BLUE POINT CAPITAL PARTNERS, LLC ) ) ) ) ) | |
| Defendants. ) ) | |

## CERTIFICATE OF SERVICE

This is certify that I have this day filed the foregoing ***Stipulation of Dismissal With Prejudice*** with the Clerk of Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to the following attorneys of record:

> Louis R. Cohan, lcohan@cohanlawgroup.com
> Ryan L. Ray, rray@cohanlawgroup.com

This 15th day of February, 2012.

3

                                                                               s/ Glen R. Fagan
                                                                               Glen R. Fagan
                                                                               Georgia Bar No. 253944

Constangy, Brooks & Smith, LLP
230 Peachtree Street, NW
Suite 2400
Atlanta, GA 30303
(404) 525-8622
(404) 525-6955
gfagan@constangy.com                     **Counsel for Defendants**